720 A.2d 133

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Ora DUGGER, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 11, 1997.

Decided Nov. 23, 1998.

594

John W. Packel, Robin Forrest, Philadelphia, for appellant.

Catherine Marshall, Hugh J. Burns, Jr., Philadelphia, for appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM:

The appeal is dismissed as having been improvidently granted.